FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. SPERLING,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>I.D. CLAY, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 08-944-ODW (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: /-7-09

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE