JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. SPERLING,<br><br>Petitioner,<br><br>vs.<br><br>I.D. CLAY, Warden,<br><br>Respondent. | Case No. EDCV 08-944-ODW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 1-7-9

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY